**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Calvin Howard,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | No. CV-22-00904-PHX-DJH<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Voluntary Remand and to Entry of Judgment (Doc. 19). Pursuant to the parties' stipulation, this action is remanded under section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Acting Commissioner of Social Security ("Commissioner") will offer Plaintiff the opportunity for a new hearing, develop the record as necessary, consider all pertinent issues *de novo*, and issue Plaintiff a new decision.

Accordingly,

**IT IS HEREBY ORDERED** the parties' Stipulation for Voluntary Remand and to Entry of Judgment (Doc. 19) is **GRANTED**.

…

…

…

…

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing and remanding the final decision of the Commissioner. The matter is remanded to the Social Security Administration for a new decision.

Dated this 20th day of January, 2023.

Honorable Diane J. Humetewa
United States District Judge